UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 24, 2024

_____

No. 24-1291
(1:21-cv-00803-PTG-IDD)

_____

EMILY WRIGHT, on behalf of themselves and all others similarly situated; TIFFANY WILSON, on behalf of themselves and all others similarly situated; KRISHNENDU CHAKRABORTY, on behalf of themselves and all others similarly situated; BRITTANY DELACRUZ, on behalf of themselves and all others similarly situated

        Plaintiffs - Appellants

v.

CAPITAL ONE N.A.

        Defendant - Appellee

 and

CAPITAL ONE BANK (USA), N.A.

        Defendant

_____

AMENDED CAPTION NOTICE
_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Taylor Barton, Deputy Clerk
804-916-2702